PROB34
Rev. 09/10

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | REPORT AND ORDER TERMINATING SUPERVISED RELEASE |
| v. | |
| **HAROLD CALL** | DKT. NO. 0976  4:15-CR-036-S-BLW |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on 3/26/2015, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

Lisa Melchert
2015.03.31
09:35:56 -06'00'

U.S. Probation Officer

ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

Dated: **April 09, 2015**

B. Lynn Winmill
Chief District Judge
United States District Court